IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JUSTIN WILSON WITHEY,

    Plaintiff,

v.       Case No.   3:11cv16/MCR/CJK

SERGEANT WARD, et al.,

    Defendants.

_____/

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on February 2, 2012, pursuant to 28 U.S.C. § 636(b)(1)(B), and no objections have been filed.  Having reviewed the Recommendation and the record, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This cause is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to failure to comply with an order of the court.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 5th day of March, 2012.

*M. Casey Rodgers*
    **M. CASEY RODGERS**
    **CHIEF UNITED STATES DISTRICT JUDGE**